PD-0950-15

COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

ANGEL TORRES

V

THE STATE OF TEXAS

BRIEF NO. 02-14-00343-CR

COURT NO: 1301363D

## MOTION FOR NEW COURT APOINTED APPEALS COUNSEL

TO THE HONORABLE JUDGES OF SAID COURT

COMES NOW RESPECTFULLY ANGEL TORRES PETITIONER PRO-SE IN ABOVE STYLED AND NUMBERED CAUSE, WHOM FILES AND SUBMITS THIS MOTION FOR NEW COURT APOINTED APPEALS COUNSEL AND IN SUPPORT THE PETITIONER WILL SHOW:

I

THAT APPEALS COUNSEL MAX J. STRIKER SUBMITTED APPELLANT BRIEF ON BEHALF OF PETITIONER AND THE COURT OF APPEALS DID NOT GRANT RELIEF SOUGHT IN THIS LEGAL MATTER.

II

APPEALS COUNSEL MAX J. STRIKER DID NOT INFORM PETITIONER THAT HIS REPRESENTION WAS LIMITED TO THE COURT OF APPEALS UNTIL JULY 13TH 2015 LEAVING THE PETITIONER WITHOUT LEGAL COUNSEL.

WHEREFORE THE PETITIONER PRAYS THAT THE HONORABLE COURT OF CRIMINAL APPEALS WILL GRANT THIS MOTION FOR NEW COURT APOINTED COUNSEL AND ALLOW THE APPEAL TO PROCEED WITHOUT DELAY

RESPECTFULLY SUBMITTED

Angel Torres
ANGEL TORRES
100 N. LAMAR ST.
FT. WORTH
TEXAS 76196

ON THIS THE 7 DAY OF August 2015

ANGEL TORRES

v

THE STATE OF TEXAS

BRIEF NO: 02-14-00345-CR.

COURT NO. 1301363D

## ORDER

CAME ON THIS THE ___ DAY OF ___ 2015 PETITIONER MOTION FOR NEW COURT APPOINTED APPEALS COUNSEL, HAVING BEEN PRESENTED TO THE COURT HAVING CONSIDERED AND HEREBY GRANTS/DENIED MOTION AND ORDER AS FOLLOWS:

_____
HONORABLE JUDGE PRESIDING

## Verification of Unsworn Declaration

I, _Angel Torres_, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, #_0649860_, currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing Declaration of Conflict and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this _7_ day of _August_, 20_15_.

_Angel Torres_
[Defendant's Name], Defendant Pro Se
CID #_0649860_ DOB _5/7/85_
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.

### Certificate of Service

I, _A.T._, hereby certify that a true and correct copy of the above motion was served on Attorney for the State Tim Curry by mailing via first-class mail to JOE SHANNON, DISTRICT ATTORNEY, 401 W. BELKNAP ST., FORT WORTH, TX 76196 on this _7_ day of _August_, 20_15_.

_Angel Torres_
[Defendant's Name], Defendant Pro Se
CID #_0649860_ DOB _5/7/85_
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954